UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
BUCKMAN, JEFFREY § Case No. 07-01721
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on        . The undersigned trustee was appointed on        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Phillip D. Levey_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 07-01721 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | BUCKMAN, JEFFREY | | | | Date Filed (f) or Converted (c): | 02/01/07 (f) |
| | | | | | 341(a) Meeting Date: | 03/02/07 |
| For Period Ending: | 07/01/11 | | | | Claims Bar Date: | 06/07/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2166 N. HOME AVE., PARK RIDGE, IL | 200,000.00 | 75,000.00 | OA | 0.00 | FA |
| 2. CASH | 200.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. CHECKING ACCOUNT-MYRNA AND JEFFREY BUCKMAN, NATION | 750.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Security Deposit-Dr. Michael Fisher | 300.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. PUBLIC STORAGE, NILES ILLINOIS Security Deposit | 100.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. FIRST CLASS STORAGE-NORTHBROOK, IL HOME COMPUTERS, | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. FOUNTAIN PEN COLLECTION | 1,000.00 | 1,776.00 | | 1,776.00 | FA |
| 8. CLOTHING | 250.00 | 0.00 | DA | 0.00 | FA |
| 9. STATE OF ISRAEL BOND | 12,500.00 | 25,000.00 | | 25,000.00 | FA |
| Retirement trust dissolved in 1990s by D. Leonard Kosova. | | | | | |
| Debtor Claimed Exemption | | | | | |
| 10. 100% INTEREST IN BK COSMETICS, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. TAX REFUND DUE FOR IRS/IDR-1040-2005 | Unknown | 80,000.00 | | 83,201.28 | FA |
| 12. 1992 CHEVROLET LUMINA MINIVAN | 400.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. COPY MACHINES, COMPUTERS, FAX MACHINES | 300.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. 51% INTEREST IN VASCULAR DIAGNOSTICS, LTD. | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 42.56 | Unknown |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 07-01721 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| Case Name: | BUCKMAN, JEFFREY | | | Date Filed (f) or Converted (c): | 02/01/07 (f) |
| | | | | 341(a) Meeting Date: | 03/02/07 |
| | | | | Claims Bar Date: | 06/07/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $216,800.00 | $181,776.00 | | $110,019.84 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/09     Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-01721 JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BUCKMAN, JEFFREY | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3425 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5486 | | | |
| For Period Ending: | 07/01/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 09/07/09 | 7 | Daniel A. Zazove | Sale of Pen Collection | 1,776.00 | | 1,776.00 |
| 09/15/09 | 11 | Vascular Diagnostics, Ltd. | Partial Turnover of Tax Refund | 28,000.00 | | 29,776.00 |
| | | 1600 Dempster - Suite 105 | | | | |
| | | Park Ridge, IL | | | | |
| 09/23/09 | 11 | Jeffrey Buckman | Partial Turnover of Tax Refund | 15,000.00 | | 44,776.00 |
| 09/23/09 | 11 | Vascular Diagnostics, Ltd. | Partial Turnover of Tax Refund | 5,000.00 | | 49,776.00 |
| 09/30/09 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 0.37 | | 49,776.37 |
| 10/30/09 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1.27 | | 49,777.64 |
| * 11/15/09 | 000101 | Development Corporation of Israel | Fee for Israel Bond Replacment | | 250.00 | 49,527.64 |
| | | Attention: David Dube | | | | |
| | | 221 North LaSalle Street | | | | |
| | | Suite 2350 | | | | |
| | | Chicago, IL 60601 | | | | |
| 11/30/09 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1.23 | | 49,528.87 |
| 12/26/09 | 000102 | State of Israel | Bond Replacement Fee | | 250.00 | 49,278.87 |
| * 12/28/09 | 000101 | Development Corporation of Israel | Stop Payment Reversal | | -250.00 | 49,528.87 |
| | | Attention: David Dube | STOP PAY ADD SUCCESSFUL | | | |
| | | 221 North LaSalle Street | | | | |
| | | Suite 2350 | | | | |
| | | Chicago, IL 60601 | | | | |
| 12/31/09 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1.27 | | 49,530.14 |
| 01/29/10 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1.27 | | 49,531.41 |
| 02/26/10 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1.14 | | 49,532.55 |
| 03/31/10 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1.26 | | 49,533.81 |
| 04/07/10 | 9 | State of Israel | Collection re mature bond. | 25,000.00 | | 74,533.81 |
| 04/30/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 2.39 | | 74,536.20 |
| 05/28/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 3.16 | | 74,539.36 |
| 05/31/10 | 000103 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND 2/1/10 - 2/1/11 | | 98.99 | 74,440.37 |

Page Subtotals 74,789.36 348.99

LFORM2 UST Form 101-7-TFR (10/1/2010) *(Page: 5)* Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 07-01721 | JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BUCKMAN, JEFFREY | | | Bank Name: | BANK OF AMERICA |
| | | | | Account Number / CD #: | *******3425 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5486 | | | | |
| For Period Ending: | 07/01/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS STREET, SUITE 120 NEW ORLEANS, LA 70139 | | | | |
| 06/30/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 3.07 | | 74,443.44 |
| 07/30/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 3.16 | | 74,446.60 |
| 08/31/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 3.16 | | 74,449.76 |
| 09/09/10 | 000104 | Clerk, U.S. Bankruptcy Court | Adversary Filing Fee Trustee v. USA, et al. | | 250.00 | 74,199.76 |
| 09/30/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 3.05 | | 74,202.81 |
| 10/29/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 3.15 | | 74,205.96 |
| 11/30/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 3.05 | | 74,209.01 |
| 12/31/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 3.15 | | 74,212.16 |
| 01/31/11 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 3.15 | | 74,215.31 |
| 02/03/11 | 11 | Internal Revenue Service | Income Tax Refund | 21,030.00 | | 95,245.31 |
| 02/03/11 | 11 | State of Illinois | Income Tax Refund | 1,473.00 | | 96,718.31 |
| 02/28/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 0.70 | | 96,719.01 |
| * 03/02/11 | | Jeffrey Buckman | Turnover of Tax Refund | 10,728.00 | | 107,447.01 |
| * 03/02/11 | | Jeffrey Buckman | Turnover of Tax Refund Check cannot be neogtiated in light of restrictive endorsement. | -10,728.00 | | 96,719.01 |
| 03/08/11 | 000105 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | | 59.04 | 96,659.97 |
| 03/22/11 | 11 | Jeffrey Buckman | Turnover of Balance of Tax Refund | 10,728.00 | | 107,387.97 |
| 03/22/11 | 11 | Jeffrey Buckman | Tax Refund- - Illinois - 2005 | 1,970.28 | | 109,358.25 |
| 03/31/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 0.83 | | 109,359.08 |
| 04/29/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 0.89 | | 109,359.97 |
| 05/31/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 0.94 | | 109,360.91 |
| 06/30/11 | 15 | BANK OF AMERICA | Interest Rate 0.010 | 0.90 | | 109,361.81 |

Page Subtotals   35,230.48   309.04

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-01721   JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BUCKMAN, JEFFREY | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3425  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5486 | | |
| For Period Ending: | 07/01/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 110,019.84 | 658.03 | 109,361.81 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 110,019.84 | 658.03 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 110,019.84 | 658.03 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | |
| | Money Market Account (Interest Earn - ********3425 | 110,019.84 | 658.03 | 109,361.81 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 110,019.84 | 658.03 | 109,361.81 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-01721
Case Name: BUCKMAN, JEFFREY
Trustee Name: Phillip D. Levey

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054-3025 | $ | $ | $ |
| 000002 | Wells Fargo Bank NA<br>BDD-Bankruptcy Dept<br>PO Box 53476<br>Phoenix, AZ 85072 | $ | $ | $ |
| 000003 | Pellettieri & Hennings, PC<br>Ronald J. Henninges<br>P.O. Box 189<br>Lombard, IL 60148 | $ | $ | $ |
| 000004A | Sterling National Bank<br>500 Seventh Ave., 11th Fl.<br>New York, NY 10098 | $ | $ | $ |
| 000005 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | $ | $ | $ |
| 000006 | Philips Medical Capital<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | JPMorgan Chase Bank, NA Recovery OH2-5170 528 South Main Akron, OH 44311 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE