# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BUCKMAN, JEFFREY | § | Case No. 07-01721 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>   Kenneth Gardner
>   U.S. Bankruptcy Court Clerk
>   219 South Dearborn Street- 7th Floor
>   Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/28/2011 in Courtroom 682,
>   United States Courthouse
>   219 South Dearborn Street
>   Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                            Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:               §
                     §
BUCKMAN, JEFFREY     §     Case No. 07-01721
                     §
    Debtor(s)        §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 110,019.84 |
| and approved disbursements of | $ | 658.03 |
| leaving a balance on hand of[1] | $ | 109,361.81 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 8,750.99 | $ 0.00 | $ 8,750.99 |
| Trustee Expenses: Phillip D. Levey | $ 151.06 | $ 0.00 | $ 151.06 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 32,973.00 | $ 0.00 | $ 32,973.00 |
| Other: International Sureties, Ltd. | $ 59.04 | $ 59.04 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 41,875.05 |
| Remaining Balance | | $ | 67,486.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 259,294.43  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054-3025 | $ 15,038.44 | $ 0.00 | $ 3,914.07 |
| 000002 | Wells Fargo Bank NA<br>BDD-Bankruptcy Dept<br>PO Box 53476<br>Phoenix, AZ 85072 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Pellettieri & Hennings, PC<br>Ronald J. Henninges<br>P.O. Box 189<br>Lombard, IL 60148 | $ 37,032.00 | $ 0.00 | $ 9,638.35 |
| 000004A | Sterling National Bank<br>500 Seventh Ave., 11th Fl.<br>New York, NY 10098 | $ 76,169.25 | $ 0.00 | $ 19,824.63 |
| 000005 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark NJ 07193-5480 | $ 383.05 | $ 0.00 | $ 99.69 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Philips Medical Capital<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | $ 89,420.26 | $ 0.00 | $ 23,273.48 |
| 000007 | JPMorgan Chase Bank, NA<br>Recovery OH2-5170<br>528 South Main<br>Akron, OH 44311 | $ 41,251.43 | $ 0.00 | $ 10,736.54 |

Total to be paid to timely general unsecured creditors    $    67,486.76

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                            Case No. 07-01721-JBS
Jeffrey Buckman                                                   Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez           Page 1 of 2           Date Rcvd: Jul 05, 2011
                              Form ID: pdf006           Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2011.
db          +Jeffrey Buckman,    2166 N. Home Ave.,    Park Ridge, IL 60068-1022
aty         +Scott R Clar,   Crane Heyman Simon Welch & Clar,    135 S Lasalle Suite 3705,
              Chicago, IL 60603-4101
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
11154909     Advocate Lutheran General Hospital,    P.O. Box 73208,    Chicago, IL 60673-7208
11154910    +Advocate Medical Group,    701 Lee St.,   Des Plaines, IL 60016-4539
11154911    +American Express,    1851 E. First St., Ste. 450,    Santa Ana, CA 92705-4074
11154912    +American Express Business,    Finance Corp.,   1851 E. First St., Ste. 450,
              Santa Ana, CA 92705-4074
11154913    +American Express Business,    Finance Group,   1851 E. First St., Ste. 450,
              Santa Ana, CA 92705-4074
11154916    +BK Cosmetics LLC,    7900 N. Milwaukee,    Niles, IL 60714-3159
11154914    +Baker Miller Markoff & Krasny LLC,    29 N. Wacker Dr., 5th Fl.,    Chicago, IL 60606-2851
11154915     Bank of American MBNA,    P.O. Box 15026,    Wilmington, DE 19850-5026
11154917    +Blitt & Gaines, PC,    318 W. Adams, Ste. 1600,    Chicago, IL 60606-5100
11154918    +Broadwing Communications, LLC,    3546 Payshere Circle,    Chicago, IL 60674-0001
11154919    +Brooke, Weiner, LLC,    125 S. Wacker Dr., 10th Floord,    Chicago, IL 60606-4424
11154922    +CBRE (CB Richard Ellis),    20 N. Martingale, Suite 100,    Schaumburg, IL 60173-2423
11154923     CBRE AAF Adv. Health Hosp.Corp.,    P.O. Box 301110,    Los Angeles, CA 90030-1110
11154924     CBRE-AAF Adv. Health & Hosp. Corp.,    P.O. Box 301110,    Los Angeles, CA 90030-1110
11154920    +Caligor,   135 Durvea Road,    Melville, NY 11747-3834
11154925    +Citi Bank NA.,    Bus. Banking Loans,    201 W. Lexington Dr., MS0412,    Glendale, CA 91203-2217
11154933    +CitiStreet,    % Citistreet Retirement Services,    P.O. Box 55181,    Boston, MA 02205-5181
11154927    +Citibank NA,    c/o Baker Miller, Markoff,    29 N. Wacker Dr., 5th Fl.,   Chicago, IL 60606-2851
11154928     Citibank Platinum Select,    P.O. Box 688911,    Des Moines, IA 50368-8911
11154929    +Citibank, FSB,   Business Banking Loan,    201 W. Lexington Dr. MS 0412,    Glendale, CA 91203-2217
11154930     Citibank, N.A.,    P.O. Box 790110,    Saint Louis, MO 63179-0110
11154931    +Citibank, N.A.,    Bus. Banking Loans,    201 W. Lexington Dr., MS 0412,    Glendale, CA 91203-2217
11154932     Citibusiness Select Card,    Internal Medicine Specialists,    P.O. Box 688911,
              Des Moines, IA 50368-8911
11154934    +Coastal Recovery Corp.,    180 South Broadway,    P.O. Box 219,    White Plains, NY 10605-0219
11154937    +General Casualty,    One General Drive,    Sun Prairie, WI 53596-0002
11154940    +JP Morgan Chase Bank NA,    c/o Crowley & Lamb, PC,    350 N. LaSalle St., Ste 900,
              Chicago, IL 60654-5136
11402844    +JPMorgan Chase Bank, NA,    Recovery   OH2-5170,    528 South Main,    Akron, OH 44311-1058
11154939    +James, Stevens, Daniels,    1283 College Park Drive,    Dover, DE 19904-8713
11154941    +Key Equipment Finance, Inc.,    4 Campus Dr., 2nd Floor,    Parsippany, NJ 07054-4405
11154943    +Myrna S. Buckman,    2166 N. Home,    Park Ridge, IL 60068-1022
11154944     National City Master Card,    P.O. Box 2349,    Kalamazoo, MI 49003-2349
11154945    +Nationwide Credit, Inc.,    4740 N. State Road 7,    Suite 108,    Fort Lauderdale, FL 33319-5839
11154947    +Philips Medical Capital,    1111 Old Eagle School Rd.,    Wayne, PA 19087-1453
11154948    +Poly Med Co. % Lathrop & Gage DC,    Franklin Square, Ste. 1050 East,    1300 Eye St., NW,
              Washington, DC 20005-3314
11154949     PolyMed Co.,   P.O. Box 95816,    Chicago, IL 60694-5816
11154950    +Pymt CCH LP, fka Bank One Merchant,    %Crowley & Lamb PC,    350 N. LaSalle St., Ste. 900,
              Chicago, IL 60654-5136
11154951    +Quest Diagnostics,    P.O. Box 12989,    Chicago, IL 60693-0001
11154952    +Quest Diagnostics, Inc.,    1355 Mittel Blvd.,    Wood Dale, IL 60191-1024
11154954    +RH Donnelley,    1615 Bluff City Highway,    Bristol, TN 37620-6055
11154953     Resurrection Medical Center,    P.O. Box 220281,    Chicago, IL 60622-0281
11154955    +Robbins, Salomon and Patt, Ltd.,    25 E. Washington St.,    Chicago, IL 60602-1796
11154956     Sears Gold Master Card,    P.O. Box 6922,    The Lakes, NV 88901-6922
11154957   +++Sterling National Bank,    Attn: Benjamin Katz,    500 Seventh Avenue 3rd Floor,
              New York, NY 10018-4502
11154958    +The Splinter Group,    P.O. Box 518,    Park Ridge, IL 60068-0518
11154959    +Vanguard Archives,    420 South 37th Ave.,    Saint Charles, IL 60174-5416
11154960     Washington Mutual Bank F.A.,    P.O. Box 3139,    Milwaukee, WI 53201-3139
11311230   +++Wells Fargo Bank NA,    BDD-Bankruptcy Dept,    PO Box 53476,    Phoenix, AZ 85072-3476
11381416     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480
11318590     eCast Settlement Corp,    POB 35480,    Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11154935    +E-mail/Text: legalcollections@comed.com Jul 05 2011 23:22:05     ComEd,    Bill Payment Center,
              Chicago, IL 60668-0001
11154936     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 05 2011 23:48:37      Discover,    P.O. Box 30395,
              Salt Lake City, UT 84130-0395
11235828     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 05 2011 23:48:37
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11154938    +E-mail/Text: iratrustee@shawgussis.com Jul 05 2011 23:40:54     Ira Bodenstein,
              Shaw Gussis, et al.,    321 N. Clark, Ste. 800,    Chicago, IL 60654-4766
11903049     E-mail/PDF: rmscedi@recoverycorp.com Jul 05 2011 23:49:39
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
```

Case 07-01721    Doc 88    Filed 07/05/11    Entered 07/07/11 23:26:14    Desc Imaged
                      Certificate of Service    Page 6 of 6

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                   Date Rcvd: Jul 05, 2011
                               Form ID: pdf006              Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                    TOTAL: 5

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11154926        Citibank,   Business Card,    P.O. Box 6309,   The Lakes
aty*           +Phillip D Levey, ESQ,   2722 North Racine Avenue,    Chicago, IL 60614-1206
16900053*      +Sterling National Bank,   attn Benjamin Katz,    500 Seventh Avenue 3rd Floor,
                 New York, NY 10018-4502
11154921       ##CB Richard Ellis,    P.O. Box 301110,   Los Angeles, CA 90030-1110
11154942       ##+McMahan & Sigunick, Ltd.,   216 W. Jackson Blvd, #900,    Chicago, IL 60606-6924
11154946       ##+Pellettieri & Hennings, PC,   Ronald J. Henninges,    P.O. Box 189,   Lombard, IL 60148-0189
                                                                               TOTALS: 1, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**                        **Signature:**        _Joseph Speetjens_