UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
BUCKMAN, JEFFREY                      §     Case No. 07-01721
                                      §
                                      §
            Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | STERLING NATIONAL BANK |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| STATE OF ISRAEL | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | JPMORGAN CHASE BANK, NA | | | | | |
| 000003 | PELLETTIERI & HENNINGS, PC | | | | | |
| 000006 | PHILIPS MEDICAL CAPITAL | | | | | |
| 000004A | STERLING NATIONAL BANK | | | | | |
| 000002 | WELLS FARGO BANK NA | | | | | |
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 07-01721 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
| Case Name: | BUCKMAN, JEFFREY | | | Date Filed (f) or Converted (c): | 02/01/07 (f) |
| | | | | 341(a) Meeting Date: | 03/02/07 |
| For Period Ending: | 09/29/11 | | | Claims Bar Date: | 06/07/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2166 N. HOME AVE., PARK RIDGE, IL | 200,000.00 | 75,000.00 | OA | 0.00 | FA |
| 2. CASH | 200.00 | 0.00 | DA | 0.00 | FA |
|  Debtor Claimed Exemption | | | | | |
| 3. CHECKING ACCOUNT-MYRNA AND JEFFREY BUCKMAN, NATION | 750.00 | 0.00 | DA | 0.00 | FA |
|  Debtor Claimed Exemption | | | | | |
| 4. Security Deposit-Dr. Michael Fisher | 300.00 | 0.00 | DA | 0.00 | FA |
|  Debtor Claimed Exemption | | | | | |
| 5. PUBLIC STORAGE, NILES ILLINOIS Security Deposit | 100.00 | 0.00 | DA | 0.00 | FA |
|  Debtor Claimed Exemption | | | | | |
| 6. FIRST CLASS STORAGE-NORTHBROOK, IL HOME COMPUTERS, | 1,000.00 | 0.00 | DA | 0.00 | FA |
|  Debtor Claimed Exemption | | | | | |
| 7. FOUNTAIN PEN COLLECTION | 1,000.00 | 1,776.00 | | 1,776.00 | FA |
| 8. CLOTHING | 250.00 | 0.00 | DA | 0.00 | FA |
| 9. STATE OF ISRAEL BOND | 12,500.00 | 25,000.00 | | 25,000.00 | FA |
|  Retirement trust dissolved in 1990s by D. Leonard Kosova. Debtor Claimed Exemption | | | | | |
| 10. 100% INTEREST IN BK COSMETICS, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. TAX REFUND DUE FOR IRS/IDR-1040-2005 | Unknown | 80,000.00 | | 83,201.28 | FA |
| 12. 1992 CHEVROLET LUMINA MINIVAN | 400.00 | 0.00 | DA | 0.00 | FA |
|  Debtor Claimed Exemption | | | | | |
| 13. COPY MACHINES, COMPUTERS, FAX MACHINES | 300.00 | 0.00 | DA | 0.00 | FA |
|  Debtor Claimed Exemption | | | | | |
| 14. 51% INTEREST IN VASCULAR DIAGNOSTICS, LTD. | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 43.49 | Unknown |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Ver: 16.02b

Case 07-01721   Doc 91   Filed 10/24/11   Entered 10/24/11 10:44:51   Desc Main
Document      Page 8 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 07-01721 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | BUCKMAN, JEFFREY | | | | Date Filed (f) or Converted (c): | 02/01/07 (f) |
| | | | | | 341(a) Meeting Date: | 03/02/07 |
| | | | | | Claims Bar Date: | 06/07/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $216,800.00 | $181,776.00 | | $110,020.77 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/09     Current Projected Date of Final Report (TFR): 03/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-01721 -JBS | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | BUCKMAN, JEFFREY | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3425  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5486 | | | |
| For Period Ending: | 09/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/09 | 7 | Daniel A. Zazove | Sale of Pen Collection | 1129-000 | 1,776.00 | | 1,776.00 |
| 09/15/09 | 11 | Vascular Diagnostics, Ltd.<br>1600 Dempster - Suite 105<br>Park Ridge, IL | Partial Turnover of Tax Refund | 1124-000 | 28,000.00 | | 29,776.00 |
| 09/23/09 | 11 | Jeffrey Buckman | Partial Turnover of Tax Refund | 1124-000 | 15,000.00 | | 44,776.00 |
| 09/23/09 | 11 | Vascular Diagnostics, Ltd. | Partial Turnover of Tax Refund | 1124-000 | 5,000.00 | | 49,776.00 |
| 09/30/09 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.37 | | 49,776.37 |
| 10/30/09 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.27 | | 49,777.64 |
| * 11/15/09 | 000101 | Development Corporation of Israel<br>Attention: David Dube<br>221 North LaSalle Street<br>Suite 2350<br>Chicago, IL 60601 | Fee for Israel Bond Replacment | 2990-004 | | 250.00 | 49,527.64 |
| 11/30/09 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.23 | | 49,528.87 |
| 12/26/09 | 000102 | State of Israel | Bond Replacement Fee | 2990-000 | | 250.00 | 49,278.87 |
| * 12/28/09 | 000101 | Development Corporation of Israel<br>Attention: David Dube<br>221 North LaSalle Street<br>Suite 2350<br>Chicago, IL 60601 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 2990-004 | | -250.00 | 49,528.87 |
| 12/31/09 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.27 | | 49,530.14 |
| 01/29/10 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.27 | | 49,531.41 |
| 02/26/10 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.14 | | 49,532.55 |
| 03/31/10 | 15 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.26 | | 49,533.81 |
| 04/07/10 | 9 | State of Israel | Collection re mature bond. | 1121-000 | 25,000.00 | | 74,533.81 |
| 04/30/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 2.39 | | 74,536.20 |
| 05/28/10 | 15 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 3.16 | | 74,539.36 |
| 05/31/10 | 000103 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND 2/1/10 - 2/1/11 | 2300-000 | | 98.99 | 74,440.37 |

Page Subtotals        74,789.36        348.99

Ver: 16.02b

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-01721 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BUCKMAN, JEFFREY | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3425 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5486 | | | |
| For Period Ending: | 09/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS STREET, SUITE 120 NEW ORLEANS, LA 70139 | | | | | |
| 06/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.07 | | 74,443.44 |
| 07/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.16 | | 74,446.60 |
| 08/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.16 | | 74,449.76 |
| 09/09/10 | 000104 | Clerk, U.S. Bankruptcy Court | Adversary Filing Fee Trustee v. USA, et al. | 2700-000 | | 250.00 | 74,199.76 |
| 09/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.05 | | 74,202.81 |
| 10/29/10 | 15 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.15 | | 74,205.96 |
| 11/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.05 | | 74,209.01 |
| 12/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.15 | | 74,212.16 |
| 01/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.15 | | 74,215.31 |
| 02/03/11 | 11 | Internal Revenue Service | Income Tax Refund | 1124-000 | 21,030.00 | | 95,245.31 |
| 02/03/11 | 11 | State of Illinois | Income Tax Refund | 1124-000 | 1,473.00 | | 96,718.31 |
| 02/28/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.70 | | 96,719.01 |
| * 03/02/11 | | Jeffrey Buckman | Turnover of Tax Refund | 1124-003 | 10,728.00 | | 107,447.01 |
| * 03/02/11 | | Jeffrey Buckman | Turnover of Tax Refund Check cannot be neogtiated in light of restrictive endorsement. | 1124-003 | -10,728.00 | | 96,719.01 |
| 03/08/11 | 000105 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | 59.04 | 96,659.97 |
| 03/22/11 | 11 | Jeffrey Buckman | Turnover of Balance of Tax Refund | 1124-000 | 10,728.00 | | 107,387.97 |
| 03/22/11 | 11 | Jeffrey Buckman | Tax Refund- - Illinois - 2005 | 1124-000 | 1,970.28 | | 109,358.25 |
| 03/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.83 | | 109,359.08 |
| 04/29/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.89 | | 109,359.97 |
| 05/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.94 | | 109,360.91 |
| 06/30/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.90 | | 109,361.81 |
| 07/30/11 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.84 | | 109,362.65 |

Page Subtotals   35,231.32   309.04

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-01721 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BUCKMAN, JEFFREY | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3425  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5486 | | | |
| For Period Ending: | 09/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| t 07/30/11 | | Transfer to Acct #*******5902 | Final Posting Transfer | 9999-000 | | 109,362.65 | 0.00 |
| 08/01/11 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 0.08 |
| 08/03/11 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 0.09 |
| t 08/03/11 | | Transfer to Acct #*******5902 | Final Posting Transfer | 9999-000 | | 0.09 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 110,020.77 | 110,020.77 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 109,362.74 | |
| Subtotal | 110,020.77 | 658.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 110,020.77 | 658.03 | |

\* Reversed
t Funds Transfer

Page Subtotals            0.09           109,362.74

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-01721 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BUCKMAN, JEFFREY | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5902 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5486 | | |
| For Period Ending: | 09/29/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 07/30/11 | | Transfer from Acct #*******3425 | Transfer In From MMA Account | 9999-000 | 109,362.65 | | 109,362.65 |
| t 08/03/11 | | Transfer from Acct #*******3425 | Transfer In From MMA Account | 9999-000 | 0.09 | | 109,362.74 |
| 08/04/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 151.06 | 109,211.68 |
| 08/04/11 | 000102 | Phillip D. Levey | ATTORNEY FEES | 3110-000 | | 32,973.00 | 76,238.68 |
| 08/04/11 | 000103 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL  60614 | Chapter 7 Compensation/Fees | 2100-000 | | 8,751.04 | 67,487.64 |
| 08/04/11 | 000104 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 26.02743% | 7100-900 | | 3,914.12 | 63,573.52 |
| 08/04/11 | 000105 | Pellettieri & Hennings, PC<br>Ronald J. Henninges<br>P.O. Box 189<br>Lombard, IL 60148 | Claim 000003, Payment 26.02741% | 7100-000 | | 9,638.47 | 53,935.05 |
| 08/04/11 | 000106 | Sterling National Bank<br>500 Seventh Ave., 11th Fl.<br>New York, NY 10098 | Claim 000004A, Payment 26.02742% | 7100-000 | | 19,824.89 | 34,110.16 |
| 08/04/11 | 000107 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card<br>Services III<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000005, Payment 26.02793% | 7100-900 | | 99.70 | 34,010.46 |
| 08/04/11 | 000108 | Philips Medical Capital<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | Claim 000006, Payment 26.02741% | 7100-000 | | 23,273.78 | 10,736.68 |
| 08/04/11 | 000109 | JPMorgan Chase Bank, NA<br>Recovery OH2-5170 | Claim 000007, Payment 26.02741%<br>(7-1) Money Loaned/Loan No. | 7100-000 | | 10,736.68 | 0.00 |

Page Subtotals          109,362.74          109,362.74

Ver: 16.02b

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-01721 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BUCKMAN, JEFFREY | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5902 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5486 | | | |
| For Period Ending: | 09/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 528 South Main<br>Akron, OH 44311 | 6001<br>(7-1) POC Filed by KEichler | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 109,362.74 | 109,362.74 | 0.00 |
| Less: Bank Transfers/CD's | 109,362.74 | 0.00 | |
| Subtotal | 0.00 | 109,362.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 109,362.74 | |

* Reversed
t Funds Transfer

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********3425) | 110,020.77 | 658.03 | 0.00 |
| Checking Account (Non-Interest Earn - ********5902) | 0.00 | 109,362.74 | 0.00 |
| | 110,020.77 | 110,020.77 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*